| | |
|---|---|
| United States District Court<br>Eastern District of New York | 1:18-cv-03529-ARR-RML |
| Michael Pizzirusso individually and on behalf of all others similarly situated<br><br>          Plaintiff<br><br>    - against -<br><br>Chicago Bar Company, LLC<br><br>          Defendant | Stipulation of Enlargement of Time for Defendant to Move or Answer |

   In accordance with your Honor's Individual Rules, I(E), the parties jointly request an enlargement of time for defendant to move or answer with respect to the complaint until January 11, 2019, and submit (1) the original date is November 12, 2018, (2) no prior requests for adjournment or enlargement have been made, (3) not applicable and (4) plaintiff and defendant consent to the enlargement of time described here.

Dated: November 1, 2018

| | |
|---|---|
| SHEEHAN & ASSOCIATES, P.C. | LOEB & LOEB LLP |
| By:  /s/Spencer Sheehan | /s/Jason Stiehl |
|   Spencer Sheehan |  Jason Stiehl |
|   891 Northern Blvd.<br>  Ste. 201<br>  Great Neck, NY 11021 |  321 North Clark Street<br> Ste. 2300<br> Chicago, IL 60654 |
|   (516) 303-0552 |  (312) 464-3131 |
|   spencer@spencersheehan.com<br>  *Attorneys for Plaintiff* |  Jstiehl@loeb.com<br> *Attorneys for Defendant* |