United States District Court
Eastern District of New York                             1:18-cv-03529-ARR-RML

| | |
|---|---|
| Michael Pizzirusso individually and on behalf of all others similarly situated | |
| Plaintiff | |
| - against - | Notice of Voluntary Dismissal with Prejudice |
| Chicago Bar Company, LLC | |
| Defendant | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice.

Dated:   December 10, 2018

                                              Respectfully submitted,

                                              Sheehan & Associates, P.C.

                                              /s/Spencer Sheehan
                                              Spencer Sheehan
                                              EDNY Bar Number SS-8533
                                              891 Northern Blvd., Ste. 201
                                              Great Neck, NY 11021
                                              Tel:  (516) 303-0552
                                              Fax: (516) 234-7800
                                              spencer@spencersheehan.com

1:18-cv-03529-ARR-RML
United States District Court
Eastern District of New York

Michael Pizzirusso individually and on behalf of all others similarly situated

Plaintiff

- against -

Chicago Bar Company, LLC

Defendant

## Notice of Voluntary Dismissal with Prejudice

Sheehan & Associates, P.C.
891 Northern Blvd., Ste. 201
Great Neck, NY 11021
Tel:  (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  December 10, 2018

/s/ Spencer Sheehan
Spencer Sheehan
