FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 12 2018 ★

BROOKLYN OFFICE

United States District Court
Eastern District of New York

1:18-cv-03529-ARR-RML

Michael Pizzirusso individually and on behalf of all others similarly situated

    Plaintiff

- against -

Chicago Bar Company, LLC

    Defendant

Notice of Voluntary Dismissal
with Prejudice

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice.

Dated: December 10, 2018

                                         Respectfully submitted,

                                         Sheehan & Associates, P.C.

                                         /s/Spencer Sheehan
                                         Spencer Sheehan
                                         EDNY Bar Number SS-8533
                                         891 Northern Blvd., Ste. 201
                                         Great Neck, NY 11021
                                         Tel: (516) 303-0552
                                         Fax: (516) 234-7800
                                         spencer@spencersheehan.com

So ordered,
12/10/18
/s/(ARR) U.S.D.J.

1:18-cv-03529-ARR-RML
United States District Court
Eastern District of New York

Michael Pizzirusso individually and on behalf of all others similarly situated

Plaintiff

- against -

Chicago Bar Company, LLC

Defendant

## Notice of Voluntary Dismissal with Prejudice

Sheehan & Associates, P.C.
891 Northern Blvd., Ste. 201
Great Neck, NY 11021
Tel: (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: December 10, 2018

/s/ Spencer Sheehan
Spencer Sheehan